No. 24-4909

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS and PAUL HADDOCK,**

*Plaintiffs-Appellants*,

v.

**FUNKO, INC.; ANDREW PERLMUTTER; JENNIFER FALL JUNG,**

*Defendants-Appellees*.

On Appeal from the United States District Court for the Western District of Washington, No. 2:23-cv-00824-JLR (The Honorable James L. Robart, District Judge)

### APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING AND/OR REHEARING EN BANC

David I. Freeburg
Lianna Bash
DLA PIPER LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104
(206) 839-4800

Kevin M. McDonough
Thomas J. Giblin
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Christine C. Smith
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004

February 11, 2026
(202) 637-2200

*Counsel for Defendants-Appellees Funko, Inc., Andrew Perlmutter and Jennifer Fall Jung*

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Circuit Rule 31-2.2, Appellees Funko, Inc., Andrew Perlmutter, and Jennifer Fall Jung ("Appellees") respectfully move for an extension of 30 days to file a petition for panel rehearing and/or rehearing en banc. This Court issued its decision on February 4, 2026, and any rehearing petition is currently due on February 18, 2026. This motion, if granted, would extend the time for filing the petition to March 20, 2026.

There is good cause to extend the deadline for filing a petition for panel rehearing and/or rehearing en banc beyond the 14 days allotted by Federal Rule of Appellate Procedure 40(d)(1). This case presents important issues of securities law, and Appellees require additional time to ensure those issues are adequately presented for this Court's review in any rehearing petition. As set forth in the accompanying declaration, counsel for Appellees have several preexisting deadlines and obligations over the coming weeks, including: a motion for summary judgment due on February 17, 2026, in *Mathis v. U.S. Parole Commission*, No. 24-1312 (D.D.C.); a motion to dismiss due on February 17, 2026, in *Manchin v. PACS Group, Inc.*, No. 24-8636 (S.D.N.Y.); a reply brief due on February 26, 2026, in *California Grocers Association v. City of Santa Cruz*, No. 25WM000095 (Cal. Super. Ct.); an opening brief due on March 4, 2026, in *Miller v. Commissioner*, No. 26-9000 (10th Cir.); an opening brief due on March 9, 2026, in *Dugan v. Commissioner*, No. 26-9002 (10th

1

Cir.); an answering brief due on March 18, 2026, in *Scarantino v. The Trade Desk, Inc.*, No. 1, 2026 (Del.); personal travel the week of February 9, 2026; business travel the week of March 2, 2026; and international business travel the week of March 9, 2026. An extension is needed to allow sufficient time to evaluate the grounds for a petition, to prepare any petition, and for client review.

Appellees and their counsel have exercised diligence in this matter and will file any petition for panel rehearing and/or rehearing en banc within the time requested. Appellees have not made a previous request for an extension of time within which to file a petition for panel rehearing and/or rehearing en banc, and an extension would not materially prejudice any other party.

Counsel for Appellees has conferred with counsel for Appellants Construction Laborers Pension Trust of Greater St. Louis and Paul Haddock ("Appellants") about this motion. Appellants have no objection to this motion for an extension.

Dated: February 11, 2026                    Respectfully submitted,

                                                                           s/ *Kevin M. McDonough*

| | |
|---|---|
| David I. Freeburg | Kevin M. McDonough |
| Lianna Bash | Thomas J. Giblin |
| DLA PIPER LLP (US) | LATHAM & WATKINS LLP |
| 701 Fifth Avenue, Suite 6900 | 1271 Avenue of the Americas |
| Seattle, WA 98104 | New York, NY 10020 |
| (206) 839-4800 | (212) 906-1200 |
| | |
| | Christine C. Smith |
| | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW |
| | Suite 1000 |
| | Washington, DC 20004 |
| | (202) 637-2200 |

*Counsel for Defendants-Appellees*
*Funko, Inc., Andrew Perlmutter and Jennifer Fall Jung*

## DECLARATION OF KEVIN M. MCDONOUGH

I, Kevin M. McDonough, declare and state as follows:

1. I am a member of the bar of New York and of New Jersey. I am a partner of the law firm of Latham & Watkins LLP, and represent Appellees in the above-captioned matter.

2. On February 4, 2026, the panel issued its decision affirming in part and reversing in part the district court's order and remanding for further proceedings.

3. Under Federal Rule of Appellate Procedure 40(d)(1), a petition for panel rehearing and/or rehearing en banc is due on February 18, 2026.

4. Appellees request a 30-day extension of time in which to file a petition for panel rehearing and/or rehearing en banc, up to and including March 20, 2026.

5. There is good cause to extend the deadline for filing a petition for panel rehearing and/or rehearing en banc beyond the 14 days allotted by Federal Rule of Appellate Procedure 40(d)(1). This case presents important issues of securities law, and Appellees require additional time to ensure those issues are adequately presented for this Court's further review in any rehearing petition.

6. Additionally, counsel for Appellees have several preexisting deadlines and obligations over the coming weeks, including: a motion for summary judgment due on February 17, 2026, in *Mathis v. U.S. Parole Commission*, No. 24-1312 (D.D.C.); a motion to dismiss due on February 17, 2026, in *Manchin v. PACS Group,*

*Inc.*, No. 24-8636 (S.D.N.Y.); a reply brief due on February 26, 2026, in *California Grocers Association v. City of Santa Cruz*, No. 25WM000095 (Cal. Super. Ct.); an opening brief due on March 4, 2026, in *Miller v. Commissioner*, No. 26-9000 (10th Cir.); an opening brief due on March 9, 2026, in *Dugan v. Commissioner*, No. 26-9002 (10th Cir.); an answering brief due on March 18, 2026, in *Scarantino v. The Trade Desk, Inc.*, No. 1, 2026 (Del.); personal travel the week of February 9, 2026; business travel the week of March 2, 2026; and international business travel the week of March 9, 2026. An extension is needed to evaluate the grounds for a petition, and to allow sufficient time for the preparation of any petition and for client review.

7. Appellees and their counsel have exercised diligence and will file any petition for panel rehearing and/or rehearing en banc within the time requested.

8. An extension would not materially prejudice any other party.

9. Counsel for Appellants was notified of this motion on February 10, 2026. On February 11, 2026, they responded that they have no objection to the request for an extension of time.

10. The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 11th day of February, 2026, in New York, New York.

*s/ Kevin M. McDonough*
Kevin M. McDonough
